# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ALANIZ,<br>　　　　Petitioner<br>　　v.<br>ROB BARNES,<br>　　　　Respondent. | Case No. 2:15-cv-1763-GW (GJS)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition and all pleadings, motions, and other documents filed in this action, and the Report and Recommendation of United States Magistrate Judge ("Report"). The deadline to file Objections to the Report has passed, and no Objections have been filed with the Court.

The Court accepts the findings and recommendations set forth in the Report. Accordingly, **IT IS ORDERED** that:

(1) the Petition is DENIED;

(2) Judgment shall be entered dismissing this case with prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATE: July 5, 2016　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　GEORGE H. WU
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE