UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ALANIZ,<br>    Petitioner<br>v.<br>RON BARNES,<br>    Respondent. | Case No. 2:15-cv-1763-GW (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Findings and Recommendations of United States Magistrate Judge Gail J. Standish,

IT IS ADJUDGED THAT the Petition be DENIED and this action is DISMISSED WITH PREJUDICE.

DATED: July 5, 2016

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE